UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRIE A.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
_______________________________/

Case No. 4:23-cv-12717

F. Kay Behm
United States District Judge

**ORDER GRANTING MOTION FOR ATTORNEY FEES (ECF No. 31)**

In this social security case, Plaintiff filed her complaint on October 25, 2023, and the Court, on recommendation from the magistrate judge, entered an order remanding the case to the Social Security Administration for further proceedings. (ECF No. 27). Now before the Court is Plaintiff's counsel's motion for fees under 42 U.S.C. § 406(b), in which she explains that the Administrative Law Judge rendered a partially favorable decision on April 24,

[1] Consistent with guidance regarding privacy concerns in Social Security cases by the Judicial Conference Committee on Court Administration and Case Management, this district has adopted a policy to identify plaintiffs by only their first names and last initials. *See also* Fed. R. Civ. P. 5.2(c)(2)(B).

2026, and requests that the Court authorize a fee award of $12,200.00, reduced by $9,000.00 to account for the fees previously awarded under the Equal Access to Justice Act, for a net award of $3,200.00. (ECF No. 31, PageID.840). The Commissioner does not oppose the motion. (ECF No. 32).

Under 42 U.S.C. § 406(b)(1)(A), the Court may permit "a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled." The total request made here, including the prior awarded amount, is based on the fee agreement between Plaintiff and her attorney and does not exceed 25 percent of the total past-due benefits awarded to Plaintiff.

Accordingly, the Court **GRANTS** the motion and awards attorney's fees to Plaintiff's counsel in the amount of $3,200.00.

**SO ORDERED.**

Date: October 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge